ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

SHAWNA VANBLARGAN,

                Plaintiff,        22 Civ. 8769 (LLS)

   - against -               ORDER

SENSIO, INC. d/b/a BELLA,

                Defendant.
- - - - - - - - - - - - - - - - - - -X

    The Fed. R. Civ. P. Rule 16(b) Conference on January 13, 2023 at 3:00pm is adjourned because of Plaintiff's reasonable scheduling conflict. The Rule 16(b) Conference will be held on January 27, 2023 at 12:30pm.

    So ordered.

Dated: New York, New York
       January 10, 2023

                                      *Louis L. Stanton*
                                     LOUIS L. STANTON
                                        U.S.D.J.