ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWNA VANBLARGAN,

                Plaintiff,

    - against -

SENSIO, INC. b/d/a BELLA,

                Defendant.

22 Civ. 8769 (LLS)

ORDER

    The Court having been informed that this action has been settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the Court's calendar.

    So Ordered.

Dated:  New York, New York
         January 11, 2023

                                        *Louis L. Stanton*
                                        LOUIS L. STANTON
                                            U.S.D.J.